U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 11 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

CTJ/RMT

ORIGINAL

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

In re: §
§
AGAPE CHRISTIAN FELLOWSHIP OF § CASE NO. 07-40983-dml-11
ARLINGTON, a Texas Nonprofit §
Corporation, § (Chapter 11)
§
Debtor. § 4:07CV401-A

## REPORT AND RECOMMENDATION TO THE DISTRICT COURT ON THE MOTION TO WITHDRAW THE REFERENCE

To the Honorable John H. McBryde, United States District Judge:

Comes now D. Michael Lynn, bankruptcy judge and makes this report and recommendation respecting the "*Debtor's Motion For Limited Withdrawal of the Reference Regarding Debtor's Omnibus Objection to Sexual Assault Tort Claims: 7 (Buchanan), 13 (Llyod), 14 (R. Sterling) and 28 (Jones)*" (the "Motion") filed by Agape Christian Fellowship of Arlington (the "Debtor"):

1. The Debtor filed the Motion on July 9, 2007.

2. The court, having reviewed the Motion and having reviewed 28 U.S.C. § 157(b)(2)(B) and (5), determines that the Motion should be granted as a matter of law without the need for a status conference.

3. Accordingly, I recommend that the Motion be granted.

Signed: July 10, 2007

Respectfully Submitted,

_____
D. Michael Lynn
United States Bankruptcy Judge

I hereby certify that the foregoing is a true copy of the original thereof now in my office this the 11th day of July, 2007 at Ft. Worth, Texas.
Tawana C. Marshall, Clerk
United States Bankruptcy Court
Northern District of Texas
By _____ Deputy

BTXN 138 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:
Agape Christian Fellowship of Arlington

    Debtor(s)

Agape Christian Fellowship of Arlington
    Movant(s)

vs.

Krystal Joy Buchanan, Jocelyn Lloyd, Rosita Sterling and Alexus Jones
    Respondent(s)

Case No.: 07-40983-dml11
Chapter No.: 11
Civil Case No.: 4-07CV-401-A

## NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- ☐ Two copies of the Motion to Withdraw Reference (USDC Civil Action No. – DNC Case)
  **NOTE**: A Status Conference has been set for at , in _ before U.S. Bankruptcy Judge _. The movant, respondents or other affected parties are required to attend the Status Conference.

- ☑ Two copies of: Report and Recommendation .

**TO ALL ATTORNEYS:** F.R.C.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by a district judge, [*implied*] that any responses or related papers be filed likewise.

DATED: 7/11/07

FOR THE COURT:
Tawana C. Marshall, Clerk of Court

by: /s/D Jordan, Deputy Clerk

I hereby certify that the foregoing is a true copy of the original thereof now in my office this the 11th day of July 20 07 at Ft. Worth, Texas
Tawana C. Marshall, Clerk
United States Bankruptcy Court
Northern District of Texas

By _____ Deputy