U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP - 6 2007

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| AGAPE CHRISTIAN FELLOWSHIP | § | NO. 07-40983-dml-11 |
| OF ARLINGTON, | § | (Bankruptcy Court Number) |
| | § | |
| Debtor, | § | |
| | § | |
| RAE LYNN YANCY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:07-CV-291-A |
| | § | (District Court Number) |
| AGAPE CHRISTIAN FELLOWSHIP | § | |
| OF ARLINGTON, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| KRYSTAL JOY BUCHANAN, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 4:07-CV-401-A |
| | § | (District Court Number) |
| AGAPE CHRISTIAN FELLOWSHIP | § | |
| OF ARLINGTON, | § | |
| | § | |
| Defendant. | § | |

O R D E R

Having considered the joint motion to abate the above-captioned consolidated actions pending implementation of settlement, the court concludes that the motion should be denied. The court further concludes that the appropriate action to be

taken in light of the parties' settlement is to return these actions to the bankruptcy court. Therefore,

The court ORDERS that the motion to abate be, and is hereby, denied.

The court further ORDERS that the above-captioned and consolidated actions be, and are hereby, referred back to the bankruptcy court for future handling.

SIGNED September 6, 2007.

JOHN McBRYDE
United States District Judge